AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ALBERTO RAMIREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1818-DMS

I, ALBERTO RAMIREZ , the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/5/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Alberto Ramirez
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer