**ROBERT R. HENSSLER JR.**
California State Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
email: Robert_Henssler@fd.org

Attorneys for Mr. Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALBERTO RAMIREZ,<br>Defendant. | ) | CASE NO.08CR1818-DMS<br>DATE: July 10, 2008<br>TIME: 9:30 a.m.<br>MOTION FOR DESIGNATION |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND CALEB MASON, ASSISTANT UNITED STATES ATTORNEY:

Alberto Ramirez, the defendant in this case, by and through counsel, Robert R. Henssler Jr., and Federal Defenders of San Diego, Inc., hereby respectfully requests the Court recommend he be placed in the Western Region by the BOP.

Respectfully submitted,

*/s/ Robert R. Henssler, Jr.*

Dated: July 14, 2008

**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ramirez

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Caleb Mason**
Caleb.Mason@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: July 14, 2008

*/s/ Robert R. Henssler*

ROBERT R. HENSSLER, JR.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Robert_Henssler@fd.org