UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALBERTO RAMIREZ,<br>Defendant. | ) | CASE NO.08CR1818-DMS<br><br>**ORDER** |

**GOOD CAUSE APPEARING,** the Court hereby recommends Mr. Alberto Ramirez be placed in the Western Region by the BOP.

**SO ORDERED.**

DATED: July 15, 2008

HON. DANA M. SABRAW
United States District Judge